1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    PAUL NIVARD BEATON,                          No.  2:19-CV-0313-DMC-P

12                    Plaintiff,

13        v.                                        <u>ORDER</u>

14    STATE OF CALIFORNIA, et al.,

15                    Defendants.

16

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.  Pending before the court are plaintiff's motions (Docs. 6 and 19).

19              In Doc. 6, plaintiff seeks relief under Federal Rule of Civil Procedure 7(b) in the

20    form of an order granting him in forma pauperis status.  Because the court has granted plaintiff's

21    separate application for leave to proceed in forma pauperis, plaintiff's motion will be denied

22              In Doc. 19 (and Doc. 18, erroneously entered on the docket as a first amended

23    complaint), plaintiff seeks leave to file a first amended complaint.  The Federal Rules of Civil

24    Procedure provide that a party may amend his or her pleading once as a matter of course within

25    21 days of serving the pleading or, if the pleading is one to which a responsive pleading is

26    required, within 21 days after service of the responsive pleading, <u>see</u> Fed. R. Civ. P. 15(a)(1)(A),

27    or within 21 days after service of a motion under Rule 12(b), (e), or (f) of the rules, whichever

28    time is earlier, <u>see</u> Fed. R. Civ. P. 15(a)(1)(B).  Because no responsive pleading or motion under

Rule 12 has been filed, plaintiff may file an amended complaint as a matter of course without leave of court or stipulation of the parties. Plaintiff's motion will be denied as unnecessary. This action proceeds on the first amended complaint filed on March 19, 2019 (Doc. 20). The sufficiency of plaintiff's amended allegations will be addressed by separate order.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motions (Docs. 6 and 19) are denied.


Dated: March 26, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE