# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NIVARD BEATON,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | No. 2:19-CV-0313-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion under Federal Rule of Civil Procedure 7(b) (ECF No. 35).

Rule 7(b) provides generally that requests for a court order are made by motion. In plaintiff's motion, it appears he seeks additional time to file an amended complaint. Good cause appearing therefor, plaintiff's motion is granted. Plaintiff shall file a second amended complaint within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: September 27, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1