# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NIVARD BEATON,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | No. 2:19-CV-0313-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is plaintiff's motion for the Court to issue a scheduling order so he may conduct discovery. See ECF No. 38. A review of the docket reflects that the Court has not yet determined that the action is appropriate for service and no defendant has answered. Therefore, issuance of scheduling order at this time would be premature. Plaintiff motion is denied. When the case becomes at issue with the filing of an answer, the Court will issue an order setting a schedule. That order will include instructions and deadlines for

///
///
///
///
///

1

conducting discovery.  The sufficiency of plaintiff's second amended complaint will be addressed separately.

IT IS SO ORDERED.

Dated:  March 31, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE