# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NIVARD BEATON, | No. 2:19-CV-0313-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion (ECF No. 41) for leave to file a third amended complaint. Good cause appearing therefor, plaintiff's motion is granted. Plaintiff may file a third amended complaint within 30 days of the date of this order and is cautioned that, if no third amended complaint is filed, review will proceed on the second amended complaint (ECF No. 37).

IT IS SO ORDERED.

Dated: June 3, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1