IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NIVARD BEATON, | No. 2:19-CV-0313-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

       On April 15, 2021, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  Plaintiff has filed timely objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be generally supported by the record and by the proper analysis, although this court does not find plaintiff's filings unintelligible.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 15, 2021, are adopted in full;

2. Plaintiff's motion to show cause and for injunctive relief, ECF No. 46, is denied; and

3. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: September 20, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE