1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    PAUL NIVARD BEATON,                    No.  2:19-CV-0313-KJM-DMC-P

12                    Plaintiff,

13            v.                              ORDER

14    STATE OF CALIFORNIA, et al.,

15                    Defendants.

16

17            Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.  Pending before the court is Plaintiff's motion to dismiss, ECF No. 52, which

19    the Court construes as a notice of voluntary dismissal.  Because no answer or motion for

20    summary judgment has been filed, leave of Court is not required and the action is dismissed on

21    Plaintiff's notice.  See Fed. R. Civ. P. 41(a)(1)(A)(i).  The Clerk of the Court is directed to close

22    this file.

23            IT IS SO ORDERED.

24

25    Dated:  September 22, 2021

26                                           _____

                                             DENNIS M. COTA
27                                           UNITED STATES MAGISTRATE JUDGE

28

                                              1